UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GIGI LESLIE TOKIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendants. | CASE NO. C17-1796 RSM<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION ON PLAINTIFF'S COMPLAINT |

This matter is before the Court on Plaintiff's Objections to Report and Recommendation. Dkt. #17. The Report and Recommendation, prepared by United States Magistrate Judge J. Richard Creatura, recommends that the Court affirm the Commissioner of Social Security's denial of Plaintiff's application for supplemental security income. Dkt. #16. Defendant responds by merely adopting the arguments of Defendant's Brief (Dkt. #14) and the reasoning of the Report and Recommendation (Dkt. #16). Dkt. #18. For the following reasons, the Court adopts the Report and Recommendation.

Plaintiff sought review of the Commissioner's decision on the basis that the decision of the Administrative Law Judge ("ALJ") failed to consider relevant testimony and that the legal error required reversal. Dkt. #10. The Report and Recommendation concludes that the ALJ may

ORDER – 1

have erred by failing to consider certain testimony, but that any error was harmless. Dkt. #16 at 1–2. Plaintiff's objection to the Report and Recommendation does not make any new arguments and instead seeks a *de novo* review of the Report and Recommendation. Dkt. #17 at 1 (citing 28 U.S.C. § 636(b)(1)). Plaintiff does not point to any legal errors in the Report and Recommendation and merely disagrees with Magistrate Judge Creatura's conclusions. Upon a thorough review of the record, the Court finds that Magistrate Judge Creatura's Report and Recommendation correctly and completely considered the issues. For the reasons stated in the Report and Recommendation, the Court is not persuaded by Plaintiff's rehashing of her earlier arguments.

The Court, having reviewed the Report and Recommendation, the objections and briefing, and the remainder of the record, hereby finds and ORDERS that:

1. The Court ADOPTS the Report and Recommendation (Dkt. #16);
2. The Court AFFIRMS the decision of the Commissioner of Social Security pursuant to the fourth sentence of 42 U.S.C. § 405(g); and
3. This matter is CLOSED.

Dated this 10th day of January 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2